ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184476
Special Assistant United States Attorney
  Social Security Administration
  333 Market St., Suite 1500
  San Francisco, CA  94105
  Telephone:  (415) 977-8962
  Facsimile:  (415) 744-0134
  Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DELORIS J. JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant.<br>_____ | No. EDCV 01-00937 RZ<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

  The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.  The Commissioner shall pay benefits to Plaintiff according to law, in accordance with the Commissioner's May 27, 2004 administrative decision in Plaintiff's favor.

DATED: *August 8, 2011*

           HON. RALPH ZAREFSKY
           United States Magistrate Judge